# WARRANT FOR ARREST

| 𝕌𝕟𝕚𝕥𝕖𝕕 𝕊𝕥𝕒𝕥𝕖𝕤 𝔻𝕚𝕤𝕥𝕣𝕚𝕔𝕥 ℭ𝕠𝕦𝕣𝕥 | DISTRICT<br><br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|

| UNITED STATES OF AMERICA<br><br>v.<br><br>MUHAMMAD SHARIF, a/k/a "Malik" | DOCKET NO.<br><br>07CRIM 711 | MAGISTRATE'S CASE NO. |
|---|---|---|

| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED |
|---|---|
| **WARRANT ISSUED ON THE BASIS OF:**  ☐ Order of Court<br>X Indictment   ☐ Information   ☐ Complaint | MUHAMMAD SHARIF, a/k/a "Malik" |
| | DISTRICT OF ARREST<br>Southern District of New York |
| TO:<br>ANY AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER | CITY<br>New York, NY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Identity Document Fraud, Credit Card Fraud, Conspiracy

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>1028, 1028A, 1029, 2 |
|---|---|---|

| BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY<br>HON. HENRY B. PITMAN | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>S/ Henry Pitman | DATE ORDERED<br>AUG 01 2007 |
| CLERK OF COURT<br>J. MICHAEL MCMAHON | (BY) DEPUTY CLERK | DATE ISSUED |

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br>on or about 8/1/07<br>DATE EXECUTED<br>8/26/07 | NAME AND TITLE OF ARRESTING OFFICER<br>SA COURTLAND RAE | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed


USLC SDNY
DOCUMENT
ELECTRONICALLY FILED

AUG 2 7 2007